|  |  |
|---|---|
| **HARTFIELD, TITUS & DONNELLY, LLC,** : | UNITED STATES DISTRICT COURT |
| : | DISTRICT OF NEW JERSEY |
| **Plaintiff(s),** : |  |
| : | Hon. William J. Martini |
| -vs- : | Civil Action No. 08-3329 (WJM) |
| **THE LOOMIS COMPANY,** : |  |
| : | **ORDER** |
| **Defendant(s).** : |  |

    This matter having come before the Court on March 4, 2009 for a telephone status conference; and the Court having discussed scheduling for the remainder of the case; and the Court having considered this matter; and for good cause shown;

    **IT IS on this 10th day of March, 2009**

    **ORDERED** that the close of discovery is extended until **May 29, 2009.**

    s/Mark Falk
    **MARK FALK**
    **United States Magistrate Judge**